# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:25 cr 085 |
| Plaintiff, | : | JUDGE MICHAEL J. NEWMAN |
| v. | : | INDICTMENT |
| | | 18 U.S.C. § 1001 |
| ZACCHEUS JOHNSON, | : | |
| Defendant. | : | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT 14 2025 1:51 P
SOUTHERN DISTRICT
OF OHIO-DAYTON

**THE GRAND JURY CHARGES THAT:**

<u>COUNT 1</u>
**(Making False Statements in a Matter Within the Jurisdiction of the Executive Branch)**

On or about August 25, 2023, in the Southern District of Ohio and elsewhere, Defendant Zaccheus Johnson knowingly and willfully made materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the executive branch of the United States Government, specifically, a criminal investigation being conducted by the Federal Bureau of Investigation in the Southern District of Ohio.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL

_____S/_____
FOREPERSON

DOMINICK S. GERACE II
United States Attorney

_____
GEORGE PAINTER (0097271)
Assistant United States Attorneys